UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDIA LUCCANI,

    Plaintiff,

v.                                Case No.  8:11-cv-1522-T-30MAP

UNITEDHEALTH GROUP
INCORPORATED,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss With Prejudice (Dkt. #13).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss With Prejudice (Dkt. #13) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1522.dismiss 13.wpd